1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | IGNACIO S. ALONZO GONZALEZ, ) Case No.: 2:20-cv-03132-PLA
)
11 |                Plaintiff,        ) ORDER AWARDING EQUAL
)       ACCESS TO JUSTICE ACT
12 |        vs.                      ) ATTORNEY FEES AND EXPENSES
)       PURSUANT TO 28 U.S.C. § 2412(d)
13 | ANDREW SAUL,                    ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
14 |                                 )
                 Defendant          )
15 |                                 )
                                     )
16

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $1850.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE:  September 11, 2020

23                                          _____
                                           THE HONORABLE PAUL L. ABRAMS
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 Respectfully submitted,

2 LAW OFFICES OF LAWRENCE D. ROHLFING

3     /s/ *Brian C. Shapiro*

    _____

4 Brian C. Shapiro
Attorney for plaintiff Ignacio S. Alonzo Gonzalez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26